IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MAURICE QUINCY DESHAWN
WILLIAMS,
        Plaintiff,

v.

JEREMY WRIGHT, DOUGLAS
ROBINSON, MICHAEL MITCHELL,
NELSON PEREZ, JOHN FLAMION,
ROMUALD LANKOSZ,
        Defendants.

**Judgment in a Civil Case**

Case Number: 5:20-CT-3131-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

This Judgment Filed and Entered on November 23, 2022, with service on:
Maurice Quincy Deshawn Williams  (via U.S. Mail)
57830-056
Petersburg Low - F.C.I.
P.O. Box 1000
Petersburg, VA 23804

November 23, 2022

Peter A. Moore, Jr.
Clerk of Court

By: *Stephanie Mann*
Deputy Clerk